UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-9031-MWF(RZx)**                                               Dated: **March 18, 2015**

Title:     Georgeann Bradley -v- Pacific Personnel Services, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                     None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

   In light of the Notice of Settlement [23] filed March 17, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for April 20, 2015 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                                     Initials of Deputy Clerk   rs
CIVIL - GEN